ERIE-HURON COUNTY BAR ASSOCIATION *v*. BAILEY.

[Cite as *Erie-Huron Cty. Bar Assn. v. Bailey*, ___ Ohio St.3d ___,
2021-Ohio-980.]

(No. 2019-1363—Submitted March 26, 2021—Decided March 29, 2021.)

ON APPLICATION FOR REINSTATEMENT.

———————————

{¶ 1} This cause came on for further consideration upon the filing of an application for reinstatement by respondent, Kenneth Ronald Bailey, Attorney Registration No. 0009637, last known business address in Sandusky, Ohio.

{¶ 2} The court coming now to consider its order of July 16, 2020, wherein the court, pursuant to Gov.Bar R. V(12)(A)(3), suspended respondent from the practice of law for a period of one year with six months stayed on condition, finds that respondent has substantially complied with that order and with the provisions of Gov.Bar R. V(24).

{¶ 3} Therefore, it is ordered by this court that respondent is reinstated to the practice of law in the state of Ohio.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For earlier case, see *Erie-Huron Cty. Bar Assn. v. Bailey*, 161 Ohio St.3d 146, 2020-Ohio-3701, 161 N.E.3d 590.

O'CONNOR, C.J., and KENNEDY, FISCHER, DEWINE, DONNELLY, STEWART, and BRUNNER, JJ., concur.

———————————